IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
NO. 5:11-CR-164-1D

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | |
| v. | ) | **REASSIGNMENT ORDER** |
| | ) | |
| DEMITRIUS CHAMBERS, | ) | |
| Defendant. | ) | |

At the direction of the Court, and for the continued efficient administration of justice, the above captioned case is reassigned to the Honorable Louise Wood Flanagan, United States District Judge, for all further proceedings. **All future documents should reflect the revised case number of 5:11-CR-164-1FL.**

This 21st day of October, 2011.

    /s/Dennis P. Iavarone
CLERK OF COURT